# Mann et al. v. Hyams et al.

*Bill in Equity to set aside as Fraudulent a Sale by an Insolvent Debtor.*

1. *Decree upon demurrers; when insufficient to authorize appeal therefrom.*—An entry, "submitted for decree upon demurrers to the bill and demurrers sustained," is not a decree sustaining the demurrers to a bill from which an appeal may be taken as provided by statute, (Code, § 3612); and when this is the only entry shown in the transcript of the docket entries of the chancellor, the appeal will be dismissed.

APPEAL from the City Court of Montgomery, in Equity.

HEARD before the Hon. THOS. M. ARRINGTON.

The bill in this case was filed by the appellants as creditors of Samuel Hyams, against the said Hyams and others; and sought to have set aside, as illegal, fraudulent and void, certain sales made by the said Hyams to other alleged creditors. The opinion renders it unnecessary to make a statement of facts.

RICHARDSON & REESE, for appellants.

TOMPKINS & TROY, ARRINGTON & GRAHAM, and A. A. WILEY, *contra.*—The supreme court has no jurisdiction of this cause. There is no decree contained in the transcript which would support an appeal.—Code of 1886, § 3612; *Ayers v. State*, 71 Ala. 11; *Wagnon v. Keenan*, 77 Ala. 519; *Joyner v. State*, 78 Ala. 448.

HARALSON, J.—The statute (Code, § 3612) authorizes an appeal to be taken from a decree sustaining or overruling a demurrer to a bill in equity. The appeal in this case purports to be taken from a decree of the city court sustaining a demurrer to the bill, and errors are assigned on such an alleged decree. But, on examination, we find no such decree in the record. In the transcript of the docket entries of the chancellor appears the following entry: "April 18, 1893. Submitted for decree on demurrers to the bill, and demurrers sustained." This is no decree, and, without one, an ap-

peal does not lie to this court. The cause must be here dismissed.—*Bell v. Otts, ante* p 186, 13 So. Rep. 43; *Wagnon v. Keenan*, 77 Ala. 519; *Joyner v. State*, 78 Ala. 448; *Ayers v. State*, 71 Ala. 11.

Dismissed.

# CASES

IN THE

# SUPREME COURT OF ALABAMA.

## NOVEMBER TERM, 1893.